# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00103-CV

**Joseph Maurice Gilmore and Renee Le Doux Gilmore, Appellants**

**v.**

**Kathy Kramer, John Woodworth, Sr., and Jessica Ricotta, Appellees**

### FROM THE COUNTY COURT AT LAW OF BURNET COUNTY
### NO. 53106, THE HONORABLE LINDA M. BAYLESS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Joseph Maurice Gilmore and Renee Le Doux Gilmore have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Chari L. Kelly, Justice

Before Justices Baker, Kelly, and Theofanis

Dismissed on Appellants' Motion

Filed: January 19, 2023